UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-01400 SJO (ASx) | Date | April 9, 2015 |
|---|---|---|---|
| Title | CN Southern Properties and Investments Inc v. Evangelina Carrillo et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Not Present | |
| Deputy Clerk | Court Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** IN CHAMBERS - NOTICE OF ORDER CONTINUING SCHEDULING CONFERENCE AND VACATING HEARING ON MOTION:

The Court continues the Scheduling Conference from April 13, 2015, to Monday, May 11, 2015 @ 8:30 a.m. Additionally the Court finds the following Motion to Remand Case to Los Angeles Superior Court filed by Plaintiff CN Southern Properties and Investments Inc [9] suitable for disposition without oral argument and vacates the hearing, set for hearing on April 13, 2015. See Fed. R. Civ. P. 78(b).  The briefing schedule remains as set by Local Rule.

|  | : |
|---|---|
| Initials of Preparer | vpc |